UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILAD JAMALI,

                    Petitioner,

    v.

TODD BLANCHE, *et al.*,

                    Respondents.

Case No. C26-1894-MLP

ORDER APPOINTING COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner, has filed a motion seeking appointment of counsel in this matter (dkt. # 2), and Petitioner has submitted in support of the motion an application for leave to proceed *in forma pauperis* demonstrating his financial eligibility for such an appointment (dkt. # 6). The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

(1) Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, Petitioner has demonstrated, by means of his application for leave to proceed *in forma pauperis*, financial eligibility for such appointment. Accordingly, Petitioner's request for appointment of

ORDER APPOINTING COUNSEL - 1

counsel (dkt. # 2) is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(2)     Petitioner's application for leave to proceed *in forma pauperis* (dkt. # 6) is STRICKEN from the Court's motion calendar.

(3)     The Clerk is directed to send copies of this order to Petitioner, to the Federal Public Defender, and to counsel for Respondent.

Dated this 5th day of June, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2